# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 19-20131 |
| Douglas E. Gallentine, Jr., | Chapter 13 |
| Debtor(s). | |

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

USAA Federal Savings Bank, a creditor and party in interest in the above-styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests notices required to be mailed or served in this case be directed to:

> Lisa Cancanon
> Weinstein & Riley, P.S.
> 11101 West 120th Avenue #280
> Broomfield, CO 80021
> lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters their Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

/s/ Lisa Cancanon
Lisa Cancanon, Bar No. 323550
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Phone: (303) 539 8600
Email: lisac@w-legal.com

47788352

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 1, 2019:

<u>Trustee via E-Filing</u>
Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

<u>Debtor's Counsel via E-Filing</u>
Abagale E. Steidl
asteidl@steidl-steinberg.com

<u>Debtor via First-Class Mail</u>
Douglas E. Gallentine, Jr.
600 Dry Hill Rd.
Connellsville, PA 15425

<u>U.S. Trustee via E-Filing</u>
US Trustee
ustpregion03.pi.ecf@usdoj.gov

                    /s/ Dominic Thomas
                    Dominic Thomas,
                    Legal Assistant to Lisa Cancanon

47788352