Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Douglas E. Gallentine Jr.**
   Debtor(s)

Bankruptcy Case No.: 19–20131–GLT
Issued Per 2/11/2019 Proceeding
Chapter: 13
Docket No.: 22 – 5
Concil. Conf.: July 25, 2019 at 01:30 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 19, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 25, 2019 at 01:30 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☐   H.    Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 28, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Douglas E. Gallentine, Jr.  
      Debtor

Case No. 19-20131-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 2      Date Rcvd: Feb 28, 2019  
                                Form ID: 149     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2019.

```
db              +Douglas E. Gallentine, Jr.,    600 Dry Hill Rd.,    Connellsville, PA 15425-6192
cr              +USAA Federal Savings Bank,   c/o Weinstein & Riley, P.S,    11101 West 120th Ave,   Suite 280,
                  Broomfield, CO 80021-2756
14976540        +Capital One,    PO Box 30255,    Salt Lake City, UT 84130-0255
14976541        +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
14976542        +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14976545         Comenity Bank/The Children's Place,    PO Box 659829,    San Antonio, TX 78265
14976552        +Douglas Gallentine, Sr.,    338 Foxburg Road,    Normalville, PA 15469-1006
14976557        +Loan Depot,    26642 Towne Centre Dr,    Foothill Ranch, CA 92610-2808
14976558        +Medexpress Billing,    PO Box 719,    Dellslow, WV 26531-0719
14976560        +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14976563        +PSECU,    P.o. Box 1006,    Harrisburg, PA 17108-1006
14976564        +Sears,    PO Box 6275,    Sioux Falls, SD 57117-6275
14976565        +Sterling,    PO Box 3680,    Akron, OH 44309-3680
14976573        +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                  San Antonio, TX 78288-1600
14976572         USAA Federal Savings Bank,    Pob 47504,    San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14976538        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:17:16      Capital One,
                  Po Box 30281,    Salt Lake City, UT 84130-0281
14976539        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:15:48      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14998205         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:15:49
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
14976543        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30      Comenity Bank/Peebles,
                  Po Box 182789,    Columbus, OH 43218-2789
14976544        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:29      Comenity Bank/Peebles,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14976547        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30
                  Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                  Columbus, OH 43218-2125
14976546        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30
                  Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
14976549        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30
                  Comenity Capital/The Children's Place,    Attn: Bankruptcy Dept,    Po Box 182125,
                  Columbus, OH 43218-2125
14976548        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30
                  Comenity Capital/The Children's Place,    Po Box 182120,    Columbus, OH 43218-2120
14976550        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:31      Comenitybank/sterling,
                  Po Box 182789,    Columbus, OH 43218-2789
14976551        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:30      Comenitybank/sterling,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14976554        +E-mail/Text: bnc-bluestem@quantum3group.com Mar 01 2019 03:02:26      Fingerhut,
                  Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
14976553        +E-mail/Text: bnc-bluestem@quantum3group.com Mar 01 2019 03:02:26      Fingerhut,
                  6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14976556        +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 03:01:19      Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14976555        +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 03:01:19      Kohls/Capital One,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14995697         E-mail/PDF: pa_dc_claims@navient.com Mar 01 2019 03:17:23     NAVIENT CFC,
                  C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14976559        +E-mail/PDF: pa_dc_claims@navient.com Mar 01 2019 03:16:36     Navient,    Po Box 9655,
                  Wilkes Barre, PA 18773-9655
14976561        +E-mail/Text: bankruptcynotices@psecu.com Mar 01 2019 03:02:27      P S E C U,
                  Attention: Bankruptcy,    Po Box 67103,    Harrisburg, PA 17106-7013
14977452        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 01 2019 03:16:33
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14976562        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 01 2019 03:01:31      Peebles/Comenity Bank,
                  PO Box 182273,    Columbus, OH 43218-2273
14976566        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:15:43     Synchrony Bank/Amazon,
                  Po Box 965015,    Orlando, FL 32896-5015
14976567        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:15:43     Synchrony Bank/Amazon,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14976568        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:16:25     Synchrony Bank/Care Credit,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14976569        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:17:09     Synchrony Bank/Dicks,
                  P.o. Box 965005,    Orlando, FL 32896-5005
14976571        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:16:26     Synchrony Bank/Walmart,
                  Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14976570        +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 03:16:26     Synchrony Bank/Walmart,
                  Po Box 965024,    Orlando, FL 32896-5024
```

```
District/off: 0315-2          User: dbas               Page 2 of 2                   Date Rcvd: Feb 28, 2019
                              Form ID: 149             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14976574         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 01 2019 03:01:11
                   Verizon Wireless,    Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                   Weldon Springs, MO 63304-2225
14976575         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:15:48
                   World's Foremost Bank,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
                                                                                               TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Cenlar FSB as servicer for LOANDEPOT.COM, LLC
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:
```
              Abagale E. Steidl    on behalf of Debtor Douglas E. Gallentine, Jr. asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James   Warmbrodt    on behalf of Creditor   Cenlar FSB as servicer for LOANDEPOT.COM, LLC
               bkgroup@kmllawgroup.com
              Lisa   Cancanon    on behalf of Creditor    USAA Federal Savings Bank lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```