FILED
11/14/19 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Douglas E. Gallentine, Jr., | ) Case No. 19-20131 |
| *Debtor* | ) Chapter 13 |
| | ) |
| Douglas E. Gallentine, Jr., | ) Document No. WO-1 |
| Social Security No. XXX-XX- 3616 | ) |
| *Movant* | ) |
| | ) |
| *vs.* | ) |
| | ) Related to Dkt. No. 29 |
| Scott C's Auto Sales, Inc. and | ) |
| Ronda J. Winnecour, Trustee | ) |
| *Respondents* | |

**ORDER OF COURT**

AND NOW, to wit, this    14th    day of    November,    2019, it is hereby ORDERED, ADJUDGED and DECREED, that Scott C's Auto Sales, Inc., Attn: Payroll Dept., 704 N. Pittsburgh Street, Connellsville, PA 15425, is hereby ordered to immediately terminate the attachment of the wages of Douglas E. Gallentine, Jr. No future payments are to be sent by Scott C's Auto Sales, Inc. to Ronda J. Winnecour, Trustee on behalf of Douglas E. Gallentine, Jr.

_____
U.S. Bankruptcy Judge    cgt

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 19-20131-GLT
Douglas E. Gallentine, Jr.                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1               Date Rcvd: Nov 14, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2019.
db             +Douglas E. Gallentine, Jr.,    600 Dry Hill Rd.,    Connellsville, PA 15425-6192

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Douglas E. Gallentine, Jr. asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    Cenlar FSB as servicer for LOANDEPOT.COM, LLC bkgroup@kmllawgroup.com
              Lisa Cancanon    on behalf of Creditor    USAA Federal Savings Bank lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5