Case 19-20131-GLT    Doc 35    Filed 11/18/19    Entered 11/18/19 14:14:11    Desc Main
Document        Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Case No. 19-20131 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Related to Document No. 32 |
| Social Security No. XXX-XX- 3616 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Meegan Ford and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on November 18, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee                    Douglas E. Gallentine, Jr.
Suite 3250 – US Steel Tower                     600 Dry Hill Rd.
600 Grant Street                                       Connellsville, PA 15425
Pittsburgh, PA 15219

Meegan Ford
Attn: Payroll Dept.
2551 Memorial Blvd.
Connellsville, PA 15425

Date of Service:        November 18, 2019      /s/ Abagale E. Steidl
                                                                    Abagale E. Steidl, Esquire
                                                                    STEIDL & STEINBERG
                                                                    28th Floor, Gulf Tower
                                                                    707 Grant Street
                                                                    Pittsburgh, PA 15219
                                                                    (412) 391-8000
                                                                    PA I.D. 319217