**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Douglas E. Gallentine Jr.**
   Debtor(s)

Bankruptcy Case No.: 19−20131−GLT
Related to Docket No. 47
Chapter: 13
Docket No.: 48 − 47
Concil. Conf.: March 18, 2021 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 18, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 5, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 18, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 4, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14976540 | + | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 15007805 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14976541 | + | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14976542 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15015577 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14976545 | | Comenity Bank/The Children's Place, PO Box 659829, San Antonio, TX 78265 |
| 14976552 | + | Douglas Gallentine, Sr., 338 Foxburg Road, Normalville, PA 15469-1006 |
| 14976557 | + | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14976558 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14976563 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14976564 | + | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14976565 | + | Sterling, PO Box 3680, Akron, OH 44309-3680 |
| 14976572 | | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 14976573 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15015377 | + | loanDepot.com, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Jan 05 2021 02:33:01 | | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14976539 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Jan 05 2021 02:32:53 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976538 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Jan 05 2021 02:42:28 | | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998205 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com<br>Jan 05 2021 02:37:27 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14976544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14976546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14976547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Capital/The Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 14976549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Jan 05 2021 03:51:00 | | Comenity Capital/The Children's Place, Attn: |

Case 19-20131-GLT   Doc 49   Filed 01/06/21   Entered 01/07/21 00:50:35   Desc Imaged
                              Certificate of Notice     Page 5 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2021 03:51:00 | Comenitybank/sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2021 03:51:00 | Comenitybank/sterling, Po Box 182789, Columbus, OH 43218-2789 |
| 14976554 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 05 2021 03:53:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14976553 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 05 2021 03:53:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14976555 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2021 03:51:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14976556 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 05 2021 03:51:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14995697 | | Email/PDF: pa_dc_claims@navient.com | Jan 05 2021 02:33:02 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14976560 | + | Email/PDF: pa_dc_claims@navient.com | Jan 05 2021 02:42:39 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14976559 | + | Email/PDF: pa_dc_claims@navient.com | Jan 05 2021 02:37:36 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14976561 | + | Email/Text: bankruptcynotices@psecu.com | Jan 05 2021 03:53:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15208150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2021 02:42:38 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2021 02:33:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14977452 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2021 02:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2021 03:51:00 | Peebles/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15010361 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2021 03:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15010362 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2021 03:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14976567 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:49 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976566 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:37:22 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14976568 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:49 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976569 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:49 | Synchrony Bank/Dicks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14976571 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:42:26 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976570 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2021 02:32:49 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15014650 | + | Email/Text: bncmail@w-legal.com | Jan 05 2021 03:52:00 | USAA Federal Savings Bank, C/O Weinstein & Riley, PS, 2001 Western Ave,, Suite 400, Seattle, WA 98121-3132 |
| 15007771 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 05 2021 02:37:46 | Verizon, by American InfoSource as agent, PO |

Case 19-20131-GLT    Doc 49    Filed 01/06/21    Entered 01/07/21 00:50:35    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 213 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4457, Houston, TX 77210-4457 |
| 14976574 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 05 2021 03:50:00 | | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |
| 14976575 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Jan 05 2021 02:37:26 | | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for LOANDEPOT.COM, LLC |
| cr | | Loandepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas E. Gallentine Jr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Loandepot.com LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5