IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Douglas E. Gallentine, Jr., ) | Case No. 19-20131 GLT |
| *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| Douglas E. Gallentine, Jr., ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Loandepot.com LLC, USAA Federal Savings Bank, ) | |
| Quantum3 Group LLC, Office of the US Trustee and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on February 8, 2021, a true and correct copy of the *Amended Chapter 13 Plan dated February 3, 2021 together with the Notice of Proposed Modification to Confirmed Plan* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    February 8, 2021    /s/ Abagale E. Steidl
    Abagale E. Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 319217

```
Label Matrix for local noticing          Capital One                              Capital One
0315-2                                   Attn: Bankruptcy                         PO Box 30255
Case 19-20131-GLT                        Po Box 30285                             Salt Lake City, UT 84130-0255
WESTERN DISTRICT OF PENNSYLVANIA         Salt Lake City, UT 84130-0285
Pittsburgh
Mon Feb  8 09:35:41 EST 2021

Capital One                              Capital One Bank (USA), N.A.            Capital One, N.A.
Po Box 30281                             by American InfoSource as agent         c/o Becket and Lee LLP
Salt Lake City, UT 84130-0281            PO Box 71083                            PO Box 3001
                                         Charlotte, NC  28272-1083               Malvern PA 19355-0701

Citi/Sears                               Citi/Sears                              Citibank, N.A.
Citibank/Centralized Bankruptcy          Po Box 6217                             Citibank, N.A.
Po Box 790034                            Sioux Falls, SD 57117-6217              701 East 60th Street North
St Louis, MO 63179-0034                                                          Sioux Falls, SD 57104-0493

Comenity Bank/Peebles                    Comenity Bank/Peebles                   Comenity Bank/The Children's Place
Attn:  Bankruptcy Dept                   Po Box 182789                           PO Box 659829
Po Box 182125                            Columbus, OH 43218-2789                 San Antonio, TX 78265
Columbus, OH 43218-2125

Comenity Bank/Victoria Secret            Comenity Bank/Victoria Secret           Comenity Capital/The Children's Place
Attn: Bankruptcy Dept                    Po Box 182789                           Attn:  Bankruptcy Dept
Po Box 182125                            Columbus, OH 43218-2789                 Po Box 182125
Columbus, OH 43218-2125                                                          Columbus, OH 43218-2125

Comenity Capital/The Children's Place    Comenitybank/sterling                   Comenitybank/sterling
Po Box 182120                            Attn:  Bankruptcy Dept                  Po Box 182789
Columbus, OH 43218-2120                  Po Box 182125                           Columbus, OH 43218-2789
                                         Columbus, OH 43218-2125

Douglas Gallentine, Sr.                  Fingerhut                               Fingerhut
338 Foxburg Road                         6250 Ridgewood Road                     Attn: Bankruptcy
Normalville, PA 15469-1006               Saint Cloud, MN 56303-0820              6250 Ridgewood Rd
                                                                                 Saint Cloud, MN 56303-0820

Douglas E. Gallentine Jr.                Kohls/Capital One                       Kohls/Capital One
600 Dry Hill Rd.                         Kohls Credit                            N56 W 17000 Ridgewood Dr
Connellsville, PA 15425-6192             Po Box 3120                             Menomonee Falls, WI 53051-5660
                                         Milwaukee, WI 53201-3120

Loan Depot                               Medexpress Billing                      NAVIENT CFC
26642 Towne Centre Dr                    PO Box 719                              C/O Navient Solutions, LLC.
Foothill Ranch, CA 92610-2808            Dellslow, WV 26531-0719                 PO BOX 9640
                                                                                 Wilkes-Barre, PA 18773-9640

Navient                                  Navient                                 Brian Nicholas
Attn: Bankruptcy                         Po Box 9655                             KML Law Group, P.C.
Po Box 9000                              Wilkes Barre, PA 18773-9655             701 Market Street
Wiles-Barr, PA 18773-9000                                                        Suite 5000
                                                                                 Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PSECU<br>Attention: Bankruptcy<br>Po Box 67013<br>Harrisburg, PA 17106-7013 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PSECU<br>P.o. Box 1006<br>Harrisburg, PA 17108-1006 | Peebles/Comenity Bank<br>PO Box 182273<br>Columbus, OH 43218-2273 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sears<br>PO Box 6275<br>Sioux Falls, SD 57117-6275 |
| Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Sterling<br>PO Box 3680<br>Akron, OH 44309-3680 | Synchrony Bank/Amazon<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL 32896-5015 | Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Dicks<br>P.o. Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, P.S<br>11101 West 120th Ave<br>Suite 280<br>Broomfield, CO 80021-2756 |
| USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | USAA Federal Savings Bank<br>C/O Weinstein & Riley, PS<br>2001 Western Ave,<br>Suite 400<br>Seattle, WA 98121-3132 | USAA Federal Savings Bank<br>Pob 47504<br>San Antonio, TX 78265 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Springs, MO 63304-2225 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| World's Foremost Bank<br>4800 Nw 1st Street<br>Lincoln, NE 68521-4463 | loanDepot.com<br>c/o Cenlar, FSB<br>425 Phillips Boulevard<br>Ewing, NJ 08618-1430 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC          (d)Portfolio Recovery Associates, LLC
PO Box 41067                                POB 12914
Norfolk, VA 23541                           Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cenlar FSB as servicer for LOANDEPOT.COM,     (u)Loandepot.com, LLC          (d)PRA Receivables Management, LLC
                                                                                PO Box 41021
                                                                                Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    58
Bypassed recipients     3
Total                  61