IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Case No. 19-20131 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Related to Document No. 55 |
| Social Security No. XXX-XX- 3616 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Meegan Ford and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on February 11, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Douglas E. Gallentine, Jr.
600 Dry Hill Rd.
Connellsville, PA 15425

Meegan Ford
Attn: Payroll Dept.
2551 Memorial Blvd.
Connellsville, PA 15425

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    February 11, 2021    /s/ Abagale E. Steidl
    Abagale E. Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 319217