IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Douglas E. Gallentine, Jr. | : | Bankruptcy No. 19-20131-GLT |
| Debtor | : | Chapter 13 |
|          Debtor | : | |
| | : | |
| | : | Claim No. 12-1 |
| | : | |
| Movant | : | |
|       USAA Federal Savings Bank | : | |
|               v. | : | |
| No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

Creditor Name:  USAA Federal Savings Bank

Incorrect Address:  C/O Weinstein & Riley, PS
2001 Western Ave,
Suite 400
Seattle, WA 98121

Corrected Address:

Creditor Name:  USAA Federal Savings Bank

Correct Address: (Notices) Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Phone: 470-321-7112

(Payments) Consumer Payment Processing
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PO Box 272310
Boca Raton, FL  33427

Phone: 561-241-6901
Dated: 11/4/2021

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 08, 2021, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Douglas E. Gallentine, Jr.
600 Dry Hill Rd.
Connellsville, PA 15425

And via electronic mail to:

Abagale E. Steidl
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Riley Martinez