# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DOUGLAS E. GALLENTINE, JR.　　　　　　　　　Case No. 19-20131GLT

　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

　　　　　vs.　Movant　　　　　　　　　　　Document No __

LOANDEPOT.COM

　　　　　　Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The creditor seeks to change the payee name for a claim, to wit:  . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

LOAN HAS BEEN SERVICE RELEASED TO NATIONSTAR MORTGAGE.

LOANDEPOT.COM　　　　　　　　　　　　　　　Court claim# 13/Trustee CID# 23
C/O CENLAR FSB**
425 PHILLIPS BLVD
EWING, NJ 08618

The Movant further certifies that on 08/17/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
DOUGLAS E. GALLENTINE, JR., 600 DRY HILL RD., CONNELLSVILLE, PA  15425

DEBTOR'S COUNSEL:
ABAGALE E STEIDL ESQ, STEIDL & STEINBERG, GULF TOWER - 28TH FL, 707 GRANT ST, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

ORIGINAL CREDITOR:
LOANDEPOT.COM, C/O CENLAR FSB**, 425 PHILLIPS BLVD, EWING, NJ  08618

:
NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX 75261-9741

NEW CREDITOR: