9/30/22 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Case No. 19-20131 GLT |
| *Debtors* | ) | Chapter 13 |
| | | Related to Docket No. 78 |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:    Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
X Amended Chapter 13 Plan dated    February 3, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $   1,750.00   to
    $   1,950.00   per month, effective   October 2022   ; and/or the Plan term
    shall be changed from        months to        months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest

   may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve    on or before  .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as   may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other:  The monthly mortgage payment owed to Nationstar Mortgage LLC has been updated to $1,080.96 per month to match the most recent Notice of Mortgage Payment Change. Legal fees of $1,000.00 have been added.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 30th Day of September, 2022

Dated: September 30, 2022

_____
Gregory R. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Abagale Steidl
Counsel to Debtor
Abagale Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 319217
asteidl@steidl-steinberg.com

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20131-GLT
Douglas E. Gallentine, Jr.     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Sep 30, 2022     Form ID: pdf900     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14976540 | + | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 14976545 | | Comenity Bank/The Children's Place, PO Box 659829, San Antonio, TX 78265 |
| 14976552 | + | Douglas Gallentine, Sr., 338 Foxburg Road, Normalville, PA 15469-1006 |
| 14976557 | + | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14976558 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14976563 | + | PSECU, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 14976565 | + | Sterling, PO Box 3680, Akron, OH 44309-3680 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 23:53:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2022 00:00:03 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14976539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976538 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:02 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15007805 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2022 00:00:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14976541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2022 00:00:08 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14976542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2022 00:00:03 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15015577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 23:59:58 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14976544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14976546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14976547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy |

Case 19-20131-GLT    Doc 82    Filed 10/02/22    Entered 10/03/22 00:23:54    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Capital/The Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 14976549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenity Capital/The Children's Place, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenitybank/sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Comenitybank/sterling, Po Box 182789, Columbus, OH 43218-2789 |
| 14976554 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 30 2022 23:53:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14976553 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 30 2022 23:53:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14976555 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2022 23:53:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14976556 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2022 23:53:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14995697 | | Email/PDF: pa_dc_claims@navient.com | Sep 30 2022 23:59:57 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14976560 | + | Email/PDF: pa_dc_claims@navient.com | Sep 30 2022 23:59:57 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14976559 | + | Email/PDF: pa_dc_claims@navient.com | Oct 01 2022 00:00:02 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14976561 | + | Email/Text: bankruptcynotices@psecu.com | Sep 30 2022 23:53:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15208150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2022 23:59:57 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2022 00:00:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14977452 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 01 2022 00:00:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2022 23:53:00 | Peebles/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15010361 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15010362 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2022 23:53:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14976564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2022 23:59:58 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14976567 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:00:02 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976566 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 23:59:57 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14976568 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2022 23:59:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976569 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:00:03 | Synchrony Bank/Dicks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14976571 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 01 2022 00:00:02 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976570 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 19-20131-GLT    Doc 82    Filed 10/02/22    Entered 10/03/22 00:23:54    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2022 23:59:57 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14976573 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 30 2022 23:53:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15014650 | + | Email/Text: RASEBN@raslg.com | Sep 30 2022 23:53:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14976572 | | Email/Text: bkelectronicnotices@usaa.com | Sep 30 2022 23:53:00 | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15007771 | | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2022 23:59:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14976574 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2022 23:53:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |
| 14976575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:01 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15015377 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 30 2022 23:53:00 | loanDepot.com, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for LOANDEPOT.COM, LLC |
| cr | | Loandepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas E. Gallentine Jr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Loandepot.com LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 54 |

Brian Nicholas
    on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

Maria Miksich
    on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9