IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Case No. 19-20131 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Douglas E. Gallentine, Jr., | ) | Related to Document No. 81 |
| Social Security No. XXX-XX- 3616 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Meegan Ford and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 4, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Douglas E. Gallentine, Jr.
600 Dry Hill Rd.
Connellsville, PA 15425

Meegan Ford
Attn: Payroll Dept.
2551 Memorial Blvd.
Connellsville, PA 15425

**Served by ECF:**
Ronda J. Winnecour, Trustee

Date of Service: October 4, 2022

/s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 319217