# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

11/10/2022

IN RE:

| | |
|---|---|
| DOUGLAS E. GALLENTINE, JR.<br>600 DRY HILL RD.<br>CONNELLSVILLE, PA 15425<br>XXX-XX-3616        Debtor(s) | Case No.19-20131 GLT<br><br>Chapter 13 |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/10/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.:  7828 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  AMAZON/PRAE | | |

| | | | |
|---|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | | |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  CENLAR FSB/PRAE | | |

| | | | |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:13 | | ACCOUNT NO.:  0334 |
| | CLAIM:  0.00 | | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/STIP OE-NMPC*DK4PMT-LMT*BGN 2/19*FR LOANDEPOT/CENLAR*DOC 86 | | |

| | | | |
|---|---|---|---|
| **USAA FEDERAL SAVINGS BANK** | Trustee Claim Number:4   INT %: 6.00% | | CRED DESC:  VEHICLE |
| C/O CONSUMER PAYMENT PROCESSING - RAS | Court Claim Number:12 | | ACCOUNT NO.:  6719 |
| PO BOX 272310 | | | |
| | CLAIM:  3,586.69 | | |
| BOCA RATON, FL  33427 | COMMENT:  SURR/PL*CL=9831.16 | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | | ACCOUNT NO.:  8797 |
| | CLAIM:  3,505.92 | | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT I** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | | ACCOUNT NO.:  9530 |
| | CLAIM:  4,624.26 | | |
| NORFOLK, VA  23541 | COMMENT:  SEARS*FR CITIBANK*DOC 37 | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:9 | | ACCOUNT NO.:  6196 |
| | CLAIM:  452.79 | | |
| KIRKLAND, WA  98083-0788 | COMMENT:  PEEBLES | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:6 | | ACCOUNT NO.:  6633 |
| | CLAIM:  1,838.02 | | |
| KIRKLAND, WA  98083-0788 | COMMENT:  VCTR SCRT | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:7 | | ACCOUNT NO.:  2823 |
| | CLAIM:  903.72 | | |
| KIRKLAND, WA  98083-0788 | COMMENT:  CHILDRENS PLACE/SCH*MY PLACE REWARDS | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:10   INT %: 0.00% | | CRED DESC:  SECURED CREDITOR |
| PO BOX 788 | Court Claim Number:8-2 | | ACCOUNT NO.:  2299 |
| | CLAIM:  2,927.86 | | |
| KIRKLAND, WA  98083-0788 | COMMENT:  UNS/SCH*$CL-PL@0%MDF/PL*48.80/MO*STERLING*AMD | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FINGERHUT** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6250 RIDGEWOOD ROAD | Court Claim Number: | ACCOUNT NO.:  2441 |
| | CLAIM:  0.00 | |
| SAINT CLOUD, MN  56303 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:5 | ACCOUNT NO.:  8786 |
| PO BOX 3001 | | |
| | CLAIM:  491.15 | |
| MALVERN, PA  19355-0701 | COMMENT: KOHLS | |

| | | |
|---|---|---|
| **MED EXPRESS BILLING++** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 719 | Court Claim Number: | ACCOUNT NO.:  3908 |
| | CLAIM:  0.00 | |
| DELLSLOW, WV  26531 | COMMENT: | |

| | | |
|---|---|---|
| **NAVIENT CFC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:2 | ACCOUNT NO.:  3616 |
| PO BOX 9000 | | |
| | CLAIM:  344.61 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT:  X7144~NO$~BELIEVES PAID IN FULL/SCH | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:1-2 | ACCOUNT NO.:  3616 |
| | CLAIM:  10,265.89 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LN  1*NO$~REPOED VEHICLE/SCH*AMD | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  7828 |
| | CLAIM:  1,073.82 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY*AMAZON | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:10 | ACCOUNT NO.:  7548 |
| | CLAIM:  349.54 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY*DICKS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.:  4354 |
| | CLAIM:  954.33 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY*WALMART | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:4 | ACCOUNT NO.:  0001 |
| | CLAIM:  2,017.42 | |
| HOUSTON, TX  77210-4457 | COMMENT:  CHG OFF 6/19/18 | |

| | | |
|---|---|---|
| **WORLDS FOREMOST BANK** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 82609 | Court Claim Number: | ACCOUNT NO.:  1210 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501-2609 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **DOUGLAS GALLENTINE SR** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 338 FOXBURG RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NORMALVILLE, PA  15469 | COMMENT: | |

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID & CRANE LL** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 10700 ABBOTTS BRIDGE RD STE 170 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| DULUTH, GA  30097 | COMMENT:  USAA FDRL SVNGS BANK | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| PO BOX 619094 | Court Claim Number:13 | ACCOUNT NO.:  0334 |
| | CLAIM:  18,876.36 | |
| DALLAS, TX  75261-9741 | COMMENT:  18877/PL*THRU 1/19*FR LOAN DEPOT/CENLAR*DOC 86 | |

| | | |
|---|---|---|
| **BROCK & SCOTT PLLC** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 8757 RED OAK BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28217 | COMMENT:  NATIONSTAR/PRAE | |

| | | |
|---|---|---|
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  NATIONSTAR/PRAE | |