**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/14/24 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20131-GLT |
| | : | Chapter: | 13 |
| Douglas E. Gallentine, Jr. | : | | |
| | : | | |
| | : | Date: | 2/14/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #94 - Trustee's Motion to Dismiss Case
             #97 - Response filed by Debtor

**APPEARANCES**:
   Debtor:     Lauren Lamb
   Trustee:    Kate DeSimone

**NOTES:**   [10:13]

DeSimone: Need $4353 to complete the case, assuming long term continuing debt takeover in April 2024.

Lamb: Will need 5 more biweekly wage attachments to complete. Requesting continuance.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 94] is continued to May 1, 2024 at 9:30 a.m. [Text order].

**DATED:** 2/14/2024