FILED
4/15/24 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Douglas Gallentine Jr. ) | Case No. 19-20131 GLT |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
| vs. ) | |
| ) | Related to Docket No. 100 |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Capital One, Citi/Sears, CitiBank, Comnity ) | |
| Bank/Peebles/The Children's Place/Sterling, Fingerhut, ) | |
| Kohl's/Capital One, Loan Depot, MedExpress Billing, ) | |
| Navient CFC, NationStar Mortgage, Navient, PSECU, ) | |
| PRA Receivables Management, PA Dept. of Revenue, ) | |
| Portfolio Recovery Assoc., Quantum3 Group LLC, ) | |
| Sears, Sterling, Synchrony Bank/Amazon/Care Credit/ ) | |
| Dicks/Walmart, USAA Federal Savings Bank, Verizon, ) | |
| World's Foremost Bank ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this _15th Day of April_, 2024, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,400.00 for work performed in the Chapter 13 case by Debtors' counsel from September 19, 2018, to March 14, 2024.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $9,400.00, with the total to be paid through the Plan by the Trustee being up to $8,790.00 (representing the $3,390.00 previously approved to be paid (as

set forth above), $3,000.00 as approved by the Stipulated Order Modifying Plan (which was entered on September 30, 2022 at docket no. 80) and a remaining amount up to $2,400.00 to be paid from funds the Chapter 13 Trustee has on hand, if any, after the goals of the plan are achieved but before a Debtor Refund is issued,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $5,400.00

FURTHER ORDERED:

Hon. Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2024              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas E. Gallentine Jr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Loandepot.com LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC dcarlon@kmllawgroup.com |
| Maria Miksich | |

on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 11