**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20131-GLT |
| | : | Chapter: | 13 |
| Douglas E. Gallentine, Jr. | : | | |
| | : | | |
| | : | Date: | 5/1/2024 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:** #94 - Continued Trustee's Motion to Dismiss Case
#97 - Response filed by Debtor

***APPEARANCES*:**
Debtor: Lauren Lamb
Trustee: Ronda J. Winnecour

***NOTES:*** [9:16]

Winnecour: Needs $1,653 to complete.

Lamb: Debtor made TFS payment of $1,650 yesterday. Requesting continuance to pay remaining $3.

***OUTCOME:***

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 94] is continued to May 29, 2024 at 9 a.m. [Text order].

**DATED:** 5/1/2024