**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/29/24 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | Case No.: | 19-20131-GLT |
| | Chapter: | 13 |
| Douglas E. Gallentine, Jr. | | |
| | Date: | 5/29/2024 |
| *Debtor(s).* | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** # 94 - Con't Motion to Dismiss Case
#97 - Response by Debtor

**APPEARANCES:**
Debtor: Abagale E. Steidl
Trustee: Ronda J. Winnecour

**NOTES:** [9:00]

Winnecour: Still waiting on $3.00 needed to complete.

Stiedl: Check is in the mail.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 94] is continued to June 21, 2024 at 9 a.m. [Text order].

**DATED:** 5/29/2024