IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Douglas E. Gallentine, Jr., )  *Debtor* ) | Case No. 19-20131 GLT |
| ) | Chapter 13 |
| Douglas E. Gallentine, Jr., ) *Movant* ) | Document No. |
| ) | |
| No Respondents ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 26, 2023 at docket number 91, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

_March 7, 2024_                                                          /s/ Douglas E. Gallentine, Jr.
Date                                                                              Debtor

Respectfully submitted,

<u>June 14, 2024</u>               /s/ Abagale Steidl
DATE                        Abagale Steidl, Esquire
                                              Attorney for the Debtor
                                              STEIDL & STEINBERG
                                              Suite 2830, Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              asteidl@steidl-steinberg.com
                                              PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**