UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/27/24 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DOUGLAS E. GALLENTINE, JR.

    Debtor(s)

Ronda J. Winnecour, Trustee
  Movant
    vs.
DOUGLAS E. GALLENTINE, JR.


    Respondents

Case No.19-20131GLT

Chapter 13

Related to Docket No. 113

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  278th Day of June, 2024 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Meegan Ford
Attn: Payroll Manager
2551 Memorial Blvd
Connellsville,PA 15425

is hereby ordered to immediately terminate the attachment of the wages of DOUGLAS E. GALLENTINE, JR., social security number XXX-XX-3616.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DOUGLAS E. GALLENTINE, JR..

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

**Recip ID     Recipient Name and Address**
db     + Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

**Name                          Email Address**

Abagale E. Steidl
    on behalf of Debtor Douglas E. Gallentine  Jr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Alyk L Oflazian
    on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Charles Griffin Wohlrab
    on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise Carlon
    on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Loandepot.com  LLC dcarlon@kmllawgroup.com

Denise Carlon

District/off: 0315-2　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 27, 2024　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　Total Noticed: 1

        on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Maria Miksich
        on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM  LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
        on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
        on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
        on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 12