Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Douglas E. Gallentine Jr.** | : | Case No. 19−20131−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 116 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/9/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 25th of July, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 116 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before September 9, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on *October 9, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

                                                                          _____
                                                                           Gregory L. Taddonio, Chief Judge
                                                                           United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 25, 2024 | Form ID: 604 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14976540 | + | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 14976545 | | Comenity Bank/The Children's Place, PO Box 659829, San Antonio, TX 78265 |
| 14976552 | + | Douglas Gallentine, Sr., 338 Foxburg Road, Normalville, PA 15469-1006 |
| 14976558 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14976563 | | PSECU, P.o. Box 1006, Harrisburg, PA 17108 |
| 14976565 | + | Sterling, PO Box 3680, Akron, OH 44309-3680 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2024 23:45:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:47:08 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14976539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:47:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976538 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:46:55 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:58:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15007805 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 23:46:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14976541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 23:47:12 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14976542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 23:47:10 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15015577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 23:47:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14976544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14976546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14976547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 19-20131-GLT   Doc 118   Filed 07/27/24   Entered 07/28/24 00:29:17   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 604 | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| 14976548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2024 23:45:00 | Comenity Capital/The Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 14976549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2024 23:45:00 | Comenity Capital/The Children's Place, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2024 23:45:00 | Comenitybank/sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2024 23:45:00 | Comenitybank/sterling, Po Box 182789, Columbus, OH 43218-2789 |
| 14976554 | + | Email/Text: bnc-bluestem@quantum3group.com Jul 25 2024 23:46:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14976553 | + | Email/Text: bnc-bluestem@quantum3group.com Jul 25 2024 23:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14976555 | + | Email/Text: PBNCNotifications@peritusservices.com Jul 25 2024 23:45:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14976556 | + | Email/Text: PBNCNotifications@peritusservices.com Jul 25 2024 23:45:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14976557 | + | Email/Text: bknotification@loandepot.com Jul 25 2024 23:46:00 | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14995697 | | Email/PDF: pa_dc_claims@navient.com Jul 25 2024 23:47:39 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15544554 | + | Email/Text: nsm_bk_notices@mrcooper.com Jul 25 2024 23:45:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14976560 | + | Email/PDF: pa_dc_claims@navient.com Jul 25 2024 23:47:08 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14976559 | + | Email/PDF: pa_dc_claims@navient.com Jul 25 2024 23:47:39 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14976561 | + | Email/Text: bankruptcynotices@psecu.com Jul 25 2024 23:46:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15208150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2024 23:47:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2024 23:46:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14977452 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 25 2024 23:47:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 25 2024 23:45:00 | Peebles/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15010361 | | Email/Text: bnc-quantum@quantum3group.com Jul 25 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15010362 | | Email/Text: bnc-quantum@quantum3group.com Jul 25 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14976564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 25 2024 23:47:10 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14976567 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 26 2024 00:10:05 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976566 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 25 2024 23:47:06 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14976568 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 25 2024 23:47:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976569 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 25 2024 23:58:28 | Synchrony Bank/Dicks, P.o. Box 965005, |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: 604 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 14976571 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:58:21 | Orlando, FL 32896-5005<br>Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 | |
| 14976570 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:46:49 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 | |
| 14976573 | + Email/Text: bkelectronicnotices@usaa.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 | |
| 15014650 | + Email/Text: RASEBN@raslg.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 | |
| 14976572 | Email/Text: bkelectronicnotices@usaa.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 | |
| 15007771 | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 23:46:50 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 | |
| 14976574 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 25 2024 23:45:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 | |
| 14976575 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:58:06 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 | |
| 15015377 | + Email/Text: BKelectronicnotices@cenlar.com | Jul 25 2024 23:45:00 | loanDepot.com, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 | |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for LOANDEPOT.COM, LLC |
| cr | | Loandepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas E. Gallentine  Jr. asteidl@steidl-steinberg.com, |

julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Alyk L Oflazian
on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Charles Griffin Wohlrab
on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise Carlon
on behalf of Creditor Loandepot.com LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC dcarlon@kmllawgroup.com

Maria Miksich
on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 12