**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> DOUGLAS E. GALLENTINE, JR. <br><br>　　　　　Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>　　　　　Movant <br>　　　　vs. <br> No Respondents. | Case No.:19-20131 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

July 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/10/2019 and confirmed on 2/28/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,306.58 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,306.58 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,724.02 | |
|   Trustee Fee | 4,666.43 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,390.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 61,154.56 | 0.00 | 61,154.56 |
|     Acct: 0334 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 18,876.36 | 18,876.36 | 0.00 | 18,876.36 |
|     Acct: 0334 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 2,927.86 | 2,927.86 | 0.00 | 2,927.86 |
|     Acct: 2299 | | | | |
|   USAA FEDERAL SAVINGS BANK | 3,586.69 | 3,586.69 | 1,028.52 | 4,615.21 |
|     Acct: 6719 | | | | |
| | | | | 87,573.99 |
| **Priority** | | | | |
|   ABAGALE E STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOUGLAS E. GALLENTINE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,324.02 | 3,324.02 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-24 | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,505.92 | 175.44 | 0.00 | 175.44 |
|     Acct: 8797 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 4,624.26 | 231.40 | 0.00 | 231.40 |
|     Acct: 9530 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 452.79 | 22.66 | 0.00 | 22.66 |
|     Acct: 6196 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 1,838.02 | 91.97 | 0.00 | 91.97 |
|     Acct: 6633 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 903.72 | 45.22 | 0.00 | 45.22 |
|     Acct: 2823 | | | | |
|   FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2441 | | | | |
|   CAPITAL ONE NA** | 491.15 | 24.58 | 0.00 | 24.58 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8786 | | | | |
| MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| NAVIENT CFC | 344.61 | 17.24 | 0.00 | 17.24 |
| Acct: 3616 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 10,265.89 | 513.71 | 0.00 | 513.71 |
| Acct: 3616 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 1,073.82 | 53.73 | 0.00 | 53.73 |
| Acct: 7828 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 349.54 | 17.49 | 0.00 | 17.49 |
| Acct: 7548 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 954.33 | 47.75 | 0.00 | 47.75 |
| Acct: 4354 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 2,017.42 | 100.95 | 0.00 | 100.95 |
| Acct: 0001 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1210 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7828 | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOUGLAS GALLENTINE SR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,342.14 |

TOTAL PAID TO CREDITORS                                                                88,916.13

TOTAL CLAIMED
PRIORITY            0.00
SECURED        25,390.91
UNSECURED      26,821.47


Date: 07/25/2024                          /s/ Ronda J. Winnecour

                                          RONDA J WINNECOUR PA ID #30399
                                          CHAPTER 13 TRUSTEE WD PA
                                          600 GRANT STREET
                                          SUITE 3250 US STEEL TWR
                                          PITTSBURGH, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   DOUGLAS E. GALLENTINE, JR.

        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:19-20131

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14976540 | + | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 14976545 | | Comenity Bank/The Children's Place, PO Box 659829, San Antonio, TX 78265 |
| 14976552 | + | Douglas Gallentine, Sr., 338 Foxburg Road, Normalville, PA 15469-1006 |
| 14976558 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14976563 | | PSECU, P.o. Box 1006, Harrisburg, PA 17108 |
| 14976565 | + | Sterling, PO Box 3680, Akron, OH 44309-3680 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2024 23:45:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:46:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14976539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 00:09:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976538 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2024 00:09:38 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998205 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:58:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15007805 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2024 23:47:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14976541 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 00:09:57 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14976542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 23:47:51 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15015577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2024 00:24:56 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14976544 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14976546 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14976547 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14976548 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Capital/The Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 14976549 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenity Capital/The Children's Place, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976551 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenitybank/sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976550 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Comenitybank/sterling, Po Box 182789, Columbus, OH 43218-2789 |
| 14976554 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 25 2024 23:46:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14976553 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 25 2024 23:46:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14976555 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 25 2024 23:45:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14976556 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 25 2024 23:45:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14976557 | + | Email/Text: bknotification@loandepot.com | Jul 25 2024 23:46:00 | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14995697 | | Email/PDF: pa_dc_claims@navient.com | Jul 25 2024 23:47:08 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15544554 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 25 2024 23:45:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14976560 | + | Email/PDF: pa_dc_claims@navient.com | Jul 25 2024 23:47:14 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14976559 | + | Email/PDF: pa_dc_claims@navient.com | Jul 25 2024 23:47:46 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14976561 | + | Email/Text: bankruptcynotices@psecu.com | Jul 25 2024 23:46:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15208150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:58:57 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012533 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:46:50 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14977452 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2024 23:47:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976562 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2024 23:45:00 | Peebles/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15010361 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15010362 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2024 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14976564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2024 23:46:50 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14976567 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 00:24:50 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:47:51 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14976568 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:46:48 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2024 00:09:14 | Synchrony Bank/Dicks, P.o. Box 965005, |

Case 19-20131-GLT  Doc 119  Filed 07/27/24  Entered 07/28/24 00:29:17  Desc
Imaged Certificate of Notice  Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5005 |
| 14976571 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:47:51 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976570 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2024 23:47:51 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14976573 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15014650 | + | Email/Text: RASEBN@raslg.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14976572 | | Email/Text: bkelectronicnotices@usaa.com | Jul 25 2024 23:45:00 | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15007771 | | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2024 23:46:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14976574 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 25 2024 23:45:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |
| 14976575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2024 23:58:49 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15015377 | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 25 2024 23:45:00 | loanDepot.com, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for LOANDEPOT.COM, LLC |
| cr | | Loandepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Douglas E. Gallentine Jr. asteidl@steidl-steinberg.com, |

Case 19-20131-GLT    Doc 119    Filed 07/27/24    Entered 07/28/24 00:29:17    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| | |
|---|---|
| | julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Alyk L Oflazian | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Loandepot.com LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |

TOTAL: 12