**Fill in this information to identify the case**

Debtor 1 <u>Douglas E. Gallentine, Jr.</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: <u>WESTERN</u> District of <u>PENNSYLVANIA</u>
                                                                                    (State)

Case number  <u>19-20131</u>

# Form  4100R

## Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** <u>Nationstar Mortgage LLC</u>                    **Court claim no.** (if known):

**Last 4 digits** of any number you use to identify the debtor's account:  0334      <u>13</u>

**Property address:** <u>600 Dry Hill Road</u>
                          Number            Street

                          <u>Connellsville  PA  15425</u>
                          City                State          Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                    $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:        <u>05/01/2024</u>
                                                                                    MM/DD/YYYY

☐  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total postpetition ongoing payments due:                              (a) $_____

b.    Total fees, charges, expenses, escrow, and costs outstanding:      (b) $_____

c.    Total. Add lines a and b.                                                      (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:      ___/___/____
                                                                                    MM/DD/YYYY

22-031923_SJW

Debtor 1 ___Douglas E. Gallentine, Jr.___                                    Case number (if known) __19-20131__
     First Name             Middle Name         Last Name

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

x ___/s/ Adam B. Hall_____          Date ___08/26/2024___
   Signature

Print: _____Adam B. Hall_____          Title ___Attorneys for Creditor___

Company ___Manley Deas Kochalski LLC___

Address ___P.O. Box 165028___
        Number      Street

___Columbus, OH  43216-5028___
     City         State     ZIP Code

Contact phone ___614-220-5611___          Email ___amps@manleydeas.com___

22-031923_SJW

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 19-20131** |
| **Douglas E. Gallentine, Jr.** | : | **Chapter 13** |
| | : | **Judge Gregory L. Taddonio** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Nationstar Mortgage LLC** | : | **Related Document #** |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Douglas E. Gallentine, Jr.** | : | |
| **Ronda J. Winnecour** | : | |
| Respondents. | : | |
| | : | |

### <u>CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE</u>

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>08/26/2024</u>.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>first-class mail and electronic notification</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: <u>08/26/2024</u>

By: <u>   /s/ Adam B. Hall   </u>
Signature
<u>Adam B. Hall, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>323867</u>
List Bar I.D. and State of Admission

22-031923_SJW

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Abagale E. Steidl, Attorney for Debtor, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA  15219, asteidl@steidl-steinberg.com (notified by ecf)

Douglas E. Gallentine, Jr., Debtor, 600 Dry Hill Rd., Connellsville, PA  15425 (notified by regular US Mail)

22-031923_SJW