**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Douglas E. Gallentine Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3616<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–20131–GLT

# Order of Discharge                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas E. Gallentine Jr.

9/10/24                                                **By the court:** Gregory L Taddonio
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20131-GLT |
| Douglas E. Gallentine, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 10, 2024 | Form ID: 3180W | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas E. Gallentine, Jr., 600 Dry Hill Rd., Connellsville, PA 15425-6192 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 14976540 | + | Capital One, PO Box 30255, Salt Lake City, UT 84130-0255 |
| 14976545 | | Comenity Bank/The Children's Place, PO Box 659829, San Antonio, TX 78265 |
| 14976552 | + | Douglas Gallentine, Sr., 338 Foxburg Road, Normalville, PA 15469-1006 |
| 14976558 | + | Medexpress Billing, PO Box 719, Dellslow, WV 26531-0719 |
| 14976563 | | PSECU, P.o. Box 1006, Harrisburg, PA 17108 |
| 14976565 | + | Sterling, PO Box 3680, Akron, OH 44309-3680 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 11 2024 05:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 11 2024 05:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 11 2024 01:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 11 2024 01:14:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Sep 11 2024 05:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14976539 | + | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14976538 | + | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998205 | | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15007805 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2024 01:17:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14976541 | + | EDI: CITICORP | Sep 11 2024 05:05:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14976542 | + | EDI: CITICORP | | |

Case 19-20131-GLT    Doc 124    Filed 09/12/24    Entered 09/13/24 00:29:53    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: 3180W | Total Noticed: 57 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Sep 11 2024 05:05:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15015577 | + | EDI: CITICORP | | |
| | | | Sep 11 2024 05:05:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14976544 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976543 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14976546 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14976547 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976548 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Capital/The Children's Place, Po Box 182120, Columbus, OH 43218-2120 |
| 14976549 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenity Capital/The Children's Place, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976551 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenitybank/sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14976550 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Comenitybank/sterling, Po Box 182789, Columbus, OH 43218-2789 |
| 14976554 | + | EDI: BLUESTEM | | |
| | | | Sep 11 2024 05:08:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14976553 | + | EDI: BLUESTEM | | |
| | | | Sep 11 2024 05:08:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14976555 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 11 2024 01:14:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14976556 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 11 2024 01:14:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14976557 | + | Email/Text: bknotification@loandepot.com | | |
| | | | Sep 11 2024 01:15:00 | Loan Depot, 26642 Towne Centre Dr, Foothill Ranch, CA 92610-2808 |
| 14995697 | | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Sep 11 2024 05:05:00 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15544554 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Sep 11 2024 01:14:00 | Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 14976560 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Sep 11 2024 05:05:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14976559 | + | EDI: NAVIENTFKASMSERV.COM | | |
| | | | Sep 11 2024 05:05:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14976561 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Sep 11 2024 01:15:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15208150 | | EDI: PRA.COM | | |
| | | | Sep 11 2024 05:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012533 | | EDI: PRA.COM | | |
| | | | Sep 11 2024 05:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14977452 | + | EDI: PRA.COM | | |
| | | | Sep 11 2024 05:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976562 | + | EDI: WFNNB.COM | | |
| | | | Sep 11 2024 05:05:00 | Peebles/Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 15010361 | | EDI: Q3G.COM | | |
| | | | Sep 11 2024 05:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-20131-GLT　Doc 124　Filed 09/12/24　Entered 09/13/24 00:29:53　Desc
Imaged Certificate of Notice　　Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 10, 2024 | Form ID: 3180W | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15010362 | | EDI: Q3G.COM | Sep 11 2024 05:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14976564 | + | EDI: CITICORP | Sep 11 2024 05:05:00 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 14976567 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976566 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14976568 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976569 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Dicks, P.o. Box 965005, Orlando, FL 32896-5005 |
| 14976571 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14976570 | + | EDI: SYNC | Sep 11 2024 05:05:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14976573 | + | EDI: USAA.COM | Sep 11 2024 05:05:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15014650 | + | Email/Text: RASEBN@raslg.com | Sep 11 2024 01:14:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14976572 | | EDI: USAA.COM | Sep 11 2024 05:05:00 | USAA Federal Savings Bank, Pob 47504, San Antonio, TX 78265 |
| 15007771 | | EDI: AIS.COM | Sep 11 2024 05:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14976574 | + | EDI: VERIZONCOMB.COM | Sep 11 2024 05:05:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Springs, MO 63304-2225 |
| 14976575 | + | EDI: CAPITALONE.COM | Sep 11 2024 05:05:00 | World's Foremost Bank, 4800 Nw 1st Street, Lincoln, NE 68521-4463 |
| 15015377 | + | Email/Text: BKelectronicnotices@cenlar.com | Sep 11 2024 01:14:00 | loanDepot.com, c/o Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar FSB as servicer for LOANDEPOT.COM, LLC |
| cr | | Loandepot.com, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 10, 2024 | Form ID: 3180W | Total Noticed: 57 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2024               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

**Name**     **Email Address**

Abagale E. Steidl
on behalf of Debtor Douglas E. Gallentine Jr. asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Adam Bradley Hall
on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Alyk L Oflazian
on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

Charles Griffin Wohlrab
on behalf of Creditor USAA Federal Savings Bank bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com

Denise Carlon
on behalf of Creditor Loandepot.com LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC dcarlon@kmllawgroup.com

Maria Miksich
on behalf of Creditor Cenlar FSB as servicer for LOANDEPOT.COM LLC mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor Nationstar Mortgage LLC matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

TOTAL: 13