**Fill in this information to identify the case:**

Debtor 1    Douglas E. Gallentine Jr.

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   19-20131 GLT

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** loanDepot.com, LLC

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 0415

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2020

**New total payment:**    $905.89
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 2.250 %    New interest rate: 1.875 %

   Current principal and interest payment: $671.38    New principal and interest payment: $ 641.34

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Debtor(s)    Douglas E. Gallentine Jr.    Case number (*if known*)  19-20131 GLT
             First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas, Esquire         Date   10/06/2020
Signature

Print:    Brian C. Nicholas                    Title   Attorney for Creditor
          First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701         Market Street, Suite 5000
          Number      Street
          Philadelphia,              PA    19106
          City                       State  ZIP Code

Contact phone  (215) 627–1322       Email  bnicholas@kmllawgroup.com